IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BONNIE NORMAN, Individually and
on Behalf of All Others Similarly Situated                    PLAINTIFF

v.                         No. 4:20-cv-492-DPM

INDEPENDENT CASE MANAGEMENT, INC.              DEFENDANT

ORDER

Joint report of discovery dispute, *Doc. 24*, appreciated. Here are the Court's rulings. Norman and Ross must supplement their responses as directed by 26 March 2021.

- **Tax Returns**

Norman and Ross must provide their tax returns to Independent Case Management. They may redact any family information, but the returns are an obvious and solid source for information about their incomes.

- **Pay Stubs**

Norman and Ross must provide their pay stubs to Independent Case Management. The stubs are an additional obvious and solid source for information about their incomes.

- **Signed Authorizations**

    Norman and Ross must provide signed authorizations for state and federal tax records and employment information. Seeking tax and employment records in FLSA wage dispute cases is par for the course.

- **Other Employment**

    Norman and Ross must provide employment information about employers other than Independent Case Management. That information is relevant given the number of hours Norman and Ross represent having worked for Independent Case Management. But, there's no need to go back five years. Only information from the applicable statutory period is required.

    So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 March 2021