IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BONNIE NORMAN, Individually and
on Behalf of All Others Similarly Situated                    PLAINTIFF

v.                          No. 4:20-cv-492-DPM

INDEPENDENT CASE MANAGEMENT, INC.              DEFENDANT

## JUDGMENT

Lorranda Barnes, Sheryl Hutchinson, Dottie Lee, Grace Nast, Barbara Patton, Teresa Reed, Alfie Walls, and Cassandra Wright are dismissed and their claims are dismissed with prejudice. The remaining opt-in plaintiffs are dismissed and their claims are dismissed without prejudice. Bonnie Norman's amended complaint is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 May 2022